| | |
|---|---|
| 1 | RICHARD E. NOSKY, JR., City Attorney<br>State Bar No. 130726 |
| 2 | SHELLEY L. GREEN, Assistant City Attorney<br>State Bar No. 161521 |
| 3 | 425 N. El Dorado Street, Second Floor<br>Stockton, California 95202 |
| 4 | Telephone: (209) 937-8333 |
| 5 | Attorneys for Defendant<br>CITY OF STOCKTON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM LAWSON, | ) | CASE NO. 2:08-CV-01101-FCD-JFM |
| | ) | |
| Plaintiff, | ) | **STIPULATION CONTINUING** |
| | ) | **SETTLEMENT CONFERENCE AND** |
| | ) | **ORDER THEREON** |
| | ) | |
| CITY OF STOCKTON; and<br>DOES 1 through 50,<br>Inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Settlement Conference currently scheduled on March 12, 2009, at 1:30 p.m., be continued to June 4, 2009, at 1:30 p.m. The continuance is being requested so the parties can explore remediation and settlement options.

Dated: March 10, 2009          THIMESCH LAW OFFICES


                               BY/s/ Timothy S. Thimesch
                               TIMOTHY S. THIMESCH

                               Attorney for Plaintiff
                               WILLIAM LAWSON

///

///

| | | |
|---|---|---|
| Dated: March 10, 2009 | | RICHARD E. NOSKY, JR.<br>CITY ATTORNEY |

BY/s/ Shelley L. Green
  SHELLEY L. GREEN
  ASSISTANT CITY ATTORNEY

Attorneys for Defendant
CITY OF STOCKTON

**ORDER**

IT IS SO ORDERED.

Dated: March 11, 2009.

_____
UNITED STATES MAGISTRATE JUDGE