RICHARD E. NOSKY, JR., City Attorney
State Bar No. 130726
SHELLEY L. GREEN, Assistant City Attorney
State Bar No. 161521
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333

Attorneys for Defendant
CITY OF STOCKTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAWSON, ) | CASE NO. 2:08-cv-01101-FCD-JFM |
| Plaintiff, ) | **STIPULATION CONTINUING SETTLEMENT CONFERENCE AND ORDER THEREON** |
| CITY OF STOCKTON; and ) DOES 1 through 50, ) Inclusive, ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Settlement Conference currently scheduled on June 4, 2009, at 1:30 p.m., be continued to August 6, 2009, at 1:30 p.m.  The continuance is being requested as the City has hired a consultant to explore remediation options in an attempt to settle this matter.

Dated: June 2, 2009                    THIMESCH LAW OFFICES


                                       BY/s/ Timothy S. Thimesch
                                       TIMOTHY S. THIMESCH

                                       Attorney for Plaintiff
                                       WILLIAM LAWSON

///

///

| | | |
|---|---|---|
| 1 | Dated: June 2, 2009 | RICHARD E. NOSKY, JR.<br>CITY ATTORNEY |
| 2 | | |
| 3 | | BY/s/ Shelley L. Green |
| 4 | |   SHELLEY L. GREEN<br>  ASSISTANT CITY ATTORNEY |
| 5 | | Attorneys for Defendant<br>CITY OF STOCKTON |

**ORDER**

IT IS SO ORDERED.

Dated: June 4, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/lawson.con2