**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
GENE FARBER, Esq., Esq. (No. 44215) – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 855-8235
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com
Attorneys for Plaintiff WILLIAM LAWSON

RICHARD E. NOSKY, JR., City Attorney
State Bar No. 130726
SHELLEY L. GREEN, Assistant City Attorney
State Bar No. 161521
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333
shelley.green@ci.stockton.ca.us

Attorneys for Defendant CITY OF STOCKTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAWSON,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF STOCKTON, and DOES 1 through 15, Inclusive,<br><br>     Defendants. | CASE NO. 2:08-CV-01101-FCD-JFM<br>Civil Rights<br><br>**STIPULATION AND ORDER TO ENLARGE SCHEDULING ORDER DATES AND DISCOVERY RESTRICTIONS** |

**TO THE COURT:**

This case, under Title II of the Americans With Disabilities Act [42 USC 12131], involves an equitable claim seeking partial modification of two concrete bridgeworks. The parties continue to cooperate toward an early resolution, and are preparing for a continued Settlement Conference before Honorable Jeffrey S. Moulds set for August 6, 2009. Defendants are in the process of preparing a counter proposal from their expert-consultant. The parties are also completing necessary

1  discovery, including with regard to liability and the nature of
2  plaintiff's damages.  To facilitate the timing of this process,
3  the parties request that the court enlarge the Scheduling Order
4  restrictions on discovery to permit service of a total of 50
5  interrogatories per party, as well as to permit service of a
6  single interrogatory directed at all denials of requests for
7  admission (which shall count as a single interrogatory toward
8  the overall total permitted), which shall be in the form of
9  California's Judicial Council Interrogatory 17.1.  The parties
10 also request that the Court enlarge the Scheduling Order
11 deadlines by approximately 90 days, or as follows:

| | |
|---|---|
| Discovery Deadline: | November 4, 2009 |
| Discovery Motion Deadline: | November 4, 2009 |
| Expert Disclosure Due: | December 11, 2009 |
| Supplemental Disclosures: | January 8, 2010 |
| Expert Discovery Deadline: | February 9, 2010 |
| Dispositive Motions Hearing: | April 23, 2010 |
| Final Pretrial Conference: | June 12, 2010 at 2PM |
| Jury Trial: | July 13, 2010 at 9AM |

**SO STIPULATED.**

Dated: June 15, 2009     THIMESCH LAW OFFICES

                         BY*/s/ Timothy S. Thimesch*
                            TIMOTHY S. THIMESCH
                         Attorney for Plaintiff
                         WILLIAM LAWSON

Dated: June 15, 2009     RICHARD E. NOSKY, JR.
                         CITY ATTORNEY

                         BY*/s/ Shelley L. Green*
                            SHELLEY L. GREEN, ASST CITY ATTORNEY
                         Attorneys for Defendant
                         CITY OF STOCKTON

[**Proposed Order Next Page**]

**ORDER**

The Scheduling Order is MODIFIED as follows:

| | |
|---|---|
| Discovery Deadline: | November 4, 2009 |
| Expert Disclosure Due: | December 11, 2009 |
| Supplemental Disclosures: | January 8, 2010 |
| Expert Discovery Deadline: | February 9, 2010 |
| Dispositive Motions Hearing: | April 23, 2010 |
| **Final Pretrial Conference:** | **June 25, 2010 at 1:30 PM** |
| **Jury Trial:** | **August 31, 2010 at 9:00 AM** |

Dated: June 15, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Ohimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597
(925) 588-0401

Stipulation to Enlarge Scheduling Order Dates and Discovery
Restrictions: Case No. 2:08-CV-01101-FCD-JFM                    3