**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
GENE FARBER, Esq., Esq. (No. 44215) – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 855-8235
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com
Attorneys for Plaintiff WILLIAM LAWSON

RICHARD E. NOSKY, JR., City Attorney
State Bar No. 130726
SHELLEY L. GREEN, Assistant City Attorney
State Bar No. 161521
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333
shelley.green@ci.stockton.ca.us

Attorneys for Defendant CITY OF STOCKTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| WILLIAM LAWSON, | CASE NO. 2:08-CV-01101 FCD JFM |
|---|---|
| Plaintiff, | Civil Rights |
| v. | **STIPULATION AND ORDER TO ENLARGE SCHEDULING ORDER DATES AND DISCOVERY RESTRICTIONS** |
| CITY OF STOCKTON, and DOES 1 through 15, Inclusive, | |
| Defendants. | |

**TO THE COURT:**

This case, under Title II of the Americans With Disabilities Act [42 USC 12131], involves an equitable claim seeking partial modification of two concrete bridgeworks.  At the settlement conference on October 8, 2009 the parties reached a tentative settlement proposal for the City Attorney to present to the City Council, which is to occur on November 3, 2009.  To accommodate this process, and to manage costs on discovery that still needs to be completed, but should be deferred until after the Council's

decision, the parties request a 70 day continuance of the scheduling order dates, as follows:

| | |
|---|---|
| Discovery Deadline: | January 14, 2010 |
| Discovery Motion Deadline: | January 14, 2010 |
| Expert Disclosure Due: | February 19, 2010 |
| Supplemental Disclosures: | March 20, 2010 |
| Expert Discovery Deadline: | April 20, 2010 |
| Dispositive Motions Hearing: | July 2, 2010 |
| Final Pretrial Conference: | August 21, 2010 at 2PM |
| Jury Trial: | Sept. 22, 2010 at 9AM |

**SO STIPULATED.**


Dated: October 22, 2009                MESCH LAW OFFICES

                                       BY: *s/ Timothy S. Thimesch*
                                           TIMOTHY S. THIMESCH
                                           Attorney for Plaintiff
                                           WILLIAM LAWSON

Dated: October 22, 2009                RICHARD E. NOSKY, JR.
                                       CITY ATTORNEY

                                       BY: */s/ Shelley L. Green*
                                           SHELLEY L. GREEN,
                                           ASST CITY ATTORNEY
                                           Attorneys for Defendant
                                           CITY OF STOCKTON

/ / /

/ / /

/ / /

/ / /

## ORDER

| | |
|---|---|
| Discovery Deadline: | January 14, 2010 |
| Discovery Motion Deadline: | January 14, 2010 |
| Expert Disclosure Due: | February 19, 2010 |
| Supplemental Disclosures: | March 20, 2010 |
| Expert Discovery Deadline: | April 20, 2010 |
| Dispositive Motions Hearing: | **July 9, 2010** |
| Final Pretrial Conference: | **September 3, 2010 at 1:30 PM** |
| Jury Trial: | **November 9, 2010 at 9:00 AM** |

**SO ORDERED.**

Dated:  October 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE